LESLIE A. WULFF (CSBN 277979)
PARADI JAVANDEL (CSBN 295841)
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Tel: 415.934.5300 / Fax: 415.934.5399
paradi.javandel@usdoj.gov

Attorneys for United States of America

FILED

Mar 03 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>    Plaintiff,                )<br>                              )<br>    v.                        )<br>                              )<br>DUK MO KOO,                   )<br>                              )<br>    Defendant.                )<br>_____) | NO. CR-09-0110 SI<br><br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against DUK MO KOO without prejudice. Mr. Koo died on January 15, 2018, and the United States has obtained a copy of a report from the Korean National Police Agency confirming the death.

DATED: February 26, 2025                    Respectfully submitted,

                                            /s/ Paradi Javandel
                                            Paradi Javandel
                                            Trial Attorney
                                            Antitrust Division
                                            United States Department of Justice

NOTICE OF DISMISSAL
No. CR-09-0110 SI

**[PROPOSED] ORDER**

Leave is granted to the government to dismiss the indictment against DUK MO KOO.

Date: March 3, 2025

_____
HON. SUSAN ILLSTON
United States District Judge

NOTICE OF DISMISSAL
No. CR-09-0110 SI